THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELICA SILVA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROSARIO SIGNAL, LLC, a Washington corporation,<br><br>　　　　Defendant. | NO: 2:23-cv-00640 JCC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 7(j), the parties hereby jointly request that the Court modify certain deadlines and the trial date as currently scheduled in the Civil Trial Scheduling Order (Dkt. #11).

1. The parties have been engaging in good faith efforts to negotiate resolution to this matter, but the parties have been unable to schedule a mediation until June 27, 2024 due to conflicting schedules and lack of acceptable mediator availability. Mediation is now set for June 27, 2024.

2. The parties respectfully request that the Court allow the parties to save the expense of litigating summary judgment motions until after the scheduled mediation for June 27, 2024 in the event that the case reaches full and final resolution by that date.

STIPULATION AND PROPOSED ORDER TO
EXTEND DEADLINES (2:23-cv-00640) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50878285.2

3. The parties would like to retain all other case-related deadlines, and request that only the below deadlines be modified as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Settlement conference or Rule 39.1 Mediation | June 10, 2024 | June 27, 2024 |
| Dispositive Motion Deadline | June 24, 2024 | July 1, 2024 |

The parties respectfully request that the Court enter an order approving these dates and resetting the other pretrial deadlines accordingly, or alternatively, to approve such other dates as fit the Court's schedule.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th date of June 2024.

By: */s/ Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
Dean L. Petitta, WSBA # 58295
FISHER & PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-2308
Email: cmorisset@fisherphillips.com
dpetitta@fisherphillips.com
*Attorneys for Defendant*

By: /s/ Amy K. Maloney
Amy K. Maloney, WSBA #55610
Matt J. O'Laughlin, WSBA #48706
MALONEY O'LAUGHLIN, PLLC
200 West Mercer Street, Ste. 506
Seattle, Washington 98119
Telephone: (206) 513-7485
Facsimile: (206) 260-3231
Email: amy@pacwestjustice.com
matt@pacwestjustice.com
*Attorneys for Plaintiff*

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES (2:23-cv-00640) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50878285.2

**ORDER**

This matter came before the Court on the parties' Stipulated Motion and Proposed Order to Extend Deadlines. The Court has reviewed and considered the files and pleadings in this case and hereby ORDERS that the proposed amended case scheduling deadlines set forth in the above stipulation are adopted and approved by the Court~~. The Clerk shall issue an Amended Civil Trial Scheduling Order consistent with this order.~~

DATED this 12th day of June, 2024.

*[signature: John C Coughenour]*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES (2:23-cv-00640) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50878285.2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amy K. Maloney, WSBA #55610
Matt J. O'Laughlin, WSBA #48706
MALONEY O'LAUGHLIN, PLLC
200 West Mercer Street, Ste. 506
Seattle, Washington 98119
Telephone: (206) 513-7485
Facsimile: (206) 260-3231
Email: amy@pacwestjustice.com
          matt@pacwestjustice.com

*Attorneys for Plaintiff*

Executed on June 12, 2024, in accordance with 28 USC 1746.

s/Tammy Weisser
Tammy Weisser, Legal Assistant

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES (2:23-cv-00640) - Page 4

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50878285.2