THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELICA SILVA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROSARIO SIGNAL, LLC, a Washington corporation,<br><br>　　　　　　Defendant. | NO:  2:23-cv-00640-JCC<br><br>**NOTICE OF SETTLEMENT AND STIPULATED [~~PROPOSED~~] ORDER TO STAY** |

Pursuant to LCR 11(b), the parties in the above-captioned case hereby notify this Court that this matter has settled. Accordingly, the parties jointly respectfully request that this case be stayed until August 1, 2024~~, or alternatively to another date as would fit the Court's schedule~~, by which time the parties expect to have filed a stipulated notice of dismissal with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th date of July, 2024.

| | |
|---|---|
| By: */s/ Catharine M. Morisset*<br>Catharine M. Morisset, WSBA #29682<br>Dean L. Petitta, WSBA # 58295<br>Christina Shin, WSBA #56151<br>FISHER & PHILLIPS LLP<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone: (206) 682-2308<br>Email: cmorisset@fisherphillips.com<br>　　　dpetitta@fisherphillips.com<br>　　　cshin@fisherphillips.com<br>*Attorneys for Defendant* | By: */s/ Amy K. Maloney* (per email)<br>Amy K. Maloney, WSBA #55610<br>Matt J. O'Laughlin, WSBA #48706<br>MALONEY O'LAUGHLIN, PLLC<br>200 West Mercer Street, Ste. 506<br>Seattle, Washington 98119<br>Telephone: (206) 513-7485<br>Email: amy@pacwestjustice.com<br>　　　matt@pacwestjustice.com<br>*Attorneys for Plaintiff* |

NOTICE OF SETTLEMENT AND STIPULATED [~~PROPOSED~~] ORDER TO STAY (23-00640-JCC) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51512835.3

# ORDER

This matter came before the Court on the parties' Notice of Settlement and Stipulated Motion and [Proposed] Order to Stay. The Court has reviewed and considered the files and pleadings in this case and hereby ORDERS that the case is stayed until August 1, 2024.

DATED this 9th day of July 2024.

*/s/ John C. Coughenour*

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF SETTLEMENT AND STIPULATED
[PROPOSED] ORDER TO STAY (23-00640-JCC) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51512835.3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amy K. Maloney, WSBA #55610
Matt J. O'Laughlin, WSBA #48706
MALONEY O'LAUGHLIN, PLLC
200 West Mercer Street, Ste. 506
Seattle, Washington 98119
Telephone: (206) 513-7485
Facsimile: (206) 260-3231
Email: amy@pacwestjustice.com
       matt@pacwestjustice.com

*Attorneys for Plaintiff*

Executed on July 9, 2024, in accordance with 28 USC 1746.

_____
Jazmine Matautia, Legal Assistant

NOTICE OF SETTLEMENT AND STIPULATED
[PROPOSED] ORDER TO STAY (23-00640-JCC) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 51512835.3